# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRY KOLICH, | : |
| | : 3:19-CV-891 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Mehalchick) |
| | : |
| ANDREW SAUL, Commissioner of Social Security,[1] | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 28TH DAY OF APRIL 2020**, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 29) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 29) is **ADOPTED** for the reasons set forth therein;

2. The Commissioner of Social Security's decision is **VACATED**;

3. The case is **REMANDED** to the Commissioner to conduct a new administrative hearing before a constitutionally appointed ALJ other than the ALJ who presided over Plaintiff's first hearing;

4. Judgment is entered in favor of Plaintiff and against the Commissioner of Social Security.

5. The Clerk of Court is directed to **CLOSE** this case.

                                                  _s/ Robert D. Mariani_
                                                  Robert D. Mariani
                                                  United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Andrew Saul, the current Commissioner of Social Security, is substituted as the Defendant to this action.